United States District Court
Southern District of Texas
**ENTERED**
September 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COSMO CLARK, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-2620 |
| CONTRACT LAND STAFF, LLC, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court are United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on August 2, 2021 (Doc. #32); Plaintiff's Objections (Doc. #33); and Defendant's Response to Plaintiff's Objections (Doc. #34). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having considered the parties' arguments and applicable law, the Court adopts the Memorandum and Recommendation as this Court's Order.

It is so ORDERED.

SEP 0 7 2021
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge