United States District Court
Southern District of Texas
**ENTERED**
May 23, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **COSMO CLARK**, individually and on behalf of all others similarly situated | § § § § | Case No. 4:20-cv-02620 |
| **Plaintiff,** | § § | |
| v. | § § | FLSA Collective Action Pursuant to 29 U.S.C. § 216(b) |
| **CONTRACT LAND STAFF, LLC** | § § § | |
| **Defendant.** | § § | |

### ORDER APPROVING JOINT MOTION FOR APPROVAL OF
### CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE

Before the Court is the Parties' Joint Motion for Approval of Confidential Settlement Agreement and Release. The Court has reviewed the terms of the Agreement, the pleadings in this case, and the issues presented therein and: (1) approves the Parties' settlement, including all of the terms and conditions set forth in the Agreement attached as Exhibit A to the Parties' Motion; (2) orders the Parties to implement and complete the settlement process described in the Agreement; (3) orders the Agreement be sealed from the public record; and (4) dismisses this Action and Clark and the FLSA Class Members' claims against CLS with prejudice in accordance with the Agreement. Each party shall bear his or its own costs and fees, except to the extent otherwise provided for in the Parties' Agreement.

ORDERED this 23rd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE